

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-17-00059-CV

| | | |
|---|---|---|
| In the Matter of D.M. | § | From County Court at Law No. 1 |
| | § | of Denton County (JV-2015-00028) |
| | § | April 5, 2018 |
| | § | Opinion by Chief Justice Sudderth |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's order. It is ordered that the order of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS


By  /s/ Bonnie Sudderth
       Chief Justice Bonnie Sudderth